GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
TODD SHIPYARDS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA GROCE, individually and on behalf of the estate of KENLEY GROCE, Decedent; JENNIFER GROCE; by and through her Guardian Ad Litem, KELLY GROCE AND DOES ONE through TEN, inclusive, <br><br>        Plaintiffs, <br>vs. <br><br>OWENS-ILLINOIS INC.; TODD SHIPYARDS CORPORATION AND ELEVENTH DOE THROUGH THREE HUNDREDTH DOE, INCLUSIVE, <br><br>        Defendants. | Case No. C 07 0241 JSW <br><br> [PROPOSED] ORDER GRANTING DEFENDANT TODD SHIPYARDS CORPORATION'S REQUEST FOR LEAVE TO SUBMIT AN OPPOSITION BRIEF EXCEEDING PAGE LIMITS OUTLINED IN STANDING ORDERS <br><br> Date: March 30, 2007 <br> Time: 9:00 a.m. <br> Room: Courtroom 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

The request by Defendant Todd Shipyards Corporation for leave to submit an Opposition Brief to Plaintiffs' Motion to Remand, exceeding the 15-page limit outlined in the Honorable Jeffrey S. White's Standing Orders, was submitted by Todd Shipyards Corporation on February 23, 2007. After full consideration of the request, and good cause appearing, the Court hereby GRANTS the request.

Therefore, IT IS HEREBY ORDERED that the request by Todd Shipyards Corporation for leave to submit an Opposition Brief exceeding the 15-page limit outlined in the Honorable Jeffrey S. White's Standing Orders is GRANTED. Todd Shipyards Corporation may submit a 24-page

[PROPOSED] ORDER                                            -1-

1   Opposition Brief to Plaintiffs' Motion to Remand. Plaintiff may file a reply brief of no more than 20 pages, if required to address Todd Shipyards' opposition brief.

2   IT IS SO ORDERED.

Dated: March 2, 2007

_____
THE HONORABLE JEFFREY S. WHITE
JUDGE OF THE UNITED STATES DISTRICT COURT

[PROPOSED] ORDER                                -2-