IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLA GROCE,

    Plaintiff,

v.

OWENS-ILLINOIS INC.,

    Defendant.
                                          /

No. C 07-00241 JSW

**ORDER CONTINUING HEARING ON MOTION TO REMAND**

The Court has received a conditional transfer order from the Judicial Panel on Multidistrict Litigation, and HEREBY CONTINUES the hearing on Plaintiff's motion to remand until April 27, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 12, 2007

                                                                               JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California