IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLA GROCE,

    Plaintiff,

v.

OWENS-ILLINOIS INC.,

    Defendant.

No. C 07-00241 JSW

**ORDER VACATING HEARING ON MOTION TO REMAND**

The Court has received a notice from the Judicial Panel on Multidistrict Litigation lifting the stay of the conditional transfer order and vacating the hearing session set regarding Plaintiff's notice of opposition to the proposed transfer.

Accordingly, the Court HEREBY VACATES the hearing on Plaintiff's motion to remand set for April 27, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 17, 2007

                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE